David S. Bloch (CSB No. 184530)
dbloch@mwe.com
Jennifer L. Ishimoto (CSB No. 211845)
jishimoto@mwe.com
MCDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER'S PERFORMANCE EYEWARE, INC., a Pennsylvania corporation,<br><br>Defendant. | Civil Case No. C05 04605 MEJ<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(i);** ORDER CLOSING FILE |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Dioptics's claims in the above captioned action are hereby dismissed with prejudice.

Dated: March 2, 2006

Respectfully Submitted,

McDermott Will & Emery LLP


By:    /s/ Jennifer L. Ishimoto
       David S. Bloch
       Jennifer L. Ishimoto

Accordingly, the Clerk of Court shall close the file.

IT IS SO ORDERED.

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Dated: March 3, 2006

*Judge Maria-Elena James*

NOTICE OF DISMISSAL WITH PREJUDICE

Case No. 05-04605 MEJ

## PROOF OF SERVICE

I, Ginny Hirsch Ebert, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 3150 Porter Drive, Palo Alto, CA 94304. On March 2, 2006, I served the within documents:

### *NOTICE OF DISMISSAL WITH PREJUDICE*

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by causing personal delivery by Western Messenger Services of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by electronically mailing a true and correct copy through McDermott, Will & Emery's electronic mail system at the e-mail address(es) set forth below.

Steven Abramovitz
Abramovitz & Cymerman LLC
1034 Fifth Avenue
Suite 400
Pittsburgh, PA 15219-6202
stevenesq@aol.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 2, 2006, at Palo Alto, California.

/s/ Ginny Hirsch Ebert
Ginny Hirsch Ebert

MPK 104968-1.070302.0030

**NOTICE OF DISMISSAL WITH PREJUDICE** -2- Case No. C05 04605 MEJ